# United States Court of Appeals
## For the First Circuit

---

### DOCKETING STATEMENT

**No.** 19-1802  **Short Title:** City of Providence v. William P. Barr, Attorney General

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from June 10, 2019 and June 27, 2019
   2. Date this notice of appeal filed August 9, 2019
      If cross appeal, date first notice of appeal filed
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
   4. Date of entry of order deciding above post-judgment motion N/A
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
      Time extended to N/A

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [✓] Yes  [ ] No  District court has resolved one of two sets
         If yes, explain of claims at issue in the case, as to all parties; partial judgment entered 6/27/19
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain Appeal from the grant of a permanent injunction as permitted by 28 USC §1292(a)(1)

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   N/A

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.
   
   This appeal comes on the entry of partial judgment pursuant to Fed. R. Civ. P. 54(b).  Accordingly, the underlying case remains pending as to other asserted claims.  *See Providence v. Barr*, Case No. 1:18-cv-437-JJM/LDA (D.R.I.).

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
    If yes, is transcript already on file with district court? ☑ Yes ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1.  Adverse party City of Providence
       Attorney Jeffrey Dana, Esq.
       Address City Solicitor, City of Providence, 444 Westminster Street, Suite 220, Providence, RI 02903
       Telephone (401) 680-5333

   2.  Adverse party City of Central Falls
       Attorney Matthew Jerzyk, Esq.
       Address City Solicitor, City of Central Falls, 580 Broad Street, Central Falls, RI 02863
       Telephone (401) 616-2435

   3.  Adverse party
       Attorney
       Address
       Telephone

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1.  Appellant's name William P. Barr, Attorney General of The United States
       Address 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530
       Telephone (202) 514-2000

       Attorney's name Brian H. Pandya; Daniel Tenny; Bradley Hinshelwood
       Firm United States Department of Justice
       Address 950 Pennsylvania Ave NW; Washington, DC 20530
       Telephone 202-514-0123

   2.  Appellant's name United States Department of Justice
       Address 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530
       Telephone (202) 514-2000

       Attorney's name (see G.1, above)
       Firm
       Address
       Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Daniel Tenny
Date  September 3, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                */s/ Daniel Tenny*
                                                Daniel Tenny