# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 19-1802

Case Name: City of Providence et al v. William P. Barr et al

Date of Argument: January 8, 2020

Location of Argument: ✓ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellee/Plaintiff City of Providence

Attorney Name: Jeffrey Dana    First Circuit Bar No.: 117332

Phone Number: 401.680.5333    Fax Number: 401.680.5520

Email: jdana@providenceri.gov

Check the box that applies:

✓ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/Jeffrey Dana    Dec. 9, 2019
(Signature)    (Date)

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 9th day of December 2019, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/Megan Maciasz DiSanto